1  HOWARD A. KROLL, CA Bar No. 100981                          JS-6
   howard.kroll@cph.com
2  CHRISTIE, PARKER & HALE, LLP
   655 N. Central Avenue, Suite 2300
3  Glendale, California 91203-1445
   Telephone: (626) 795-9900
4  Facsimile:  (626) 577-8800

5  Attorneys for Plaintiff,
   Tacori Enterprises

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11  TACORI ENTERPRISES,                    Case No.  CV12 – 02753 DSF (VBKx)

12          Plaintiff,                     **CONSENT JUDGMENT AND
                                           PERMANENT INJUNCTION
13     vs.                                 AGAINST CLASSIQUE
                                           CREATIONS, LLC, MORDECAI
14  NERCES FINE JEWELRY,                   GURARY, LEAH GURARY, AND
                                           CHAIM GURARY**
15          Defendant.

16     vs.

17  CLASSIQUE CREATIONS, LLC,

18          Third Party Defendant.

19  ────────────────────────────────
    TACORI ENTERPRISES,                    Case No.  CV12-4482 DSF (VBKx)
20
            Plaintiff,
21
       vs.
22
    CLASSIQUE CREATIONS, LLC,
23  MORDECAI GURARY, LEAH
    GURARY AND CHAIM GURARY,
24
            Defendants.
25

26

27

28

                                   -1-

Plaintiff, Tacori Enterprises ("Tacori"), and Defendants, Classique Creations, LLC, Mordecai Gurary, Leah Gurary and Chaim Gurary (collectively "Defendants"), having settled this action on the terms and conditions stated herein, it is ORDERED, ADJUDGED, and DECREED as follows:

1. This case is a civil action arising under the Copyright Act, 17 U.S.C. §§ 101, *et seq.*, the Lanham Act of 1946 as amended, 15 U.S.C. §§ 1051, *et seq.*, and California statutory and common laws. This Court has jurisdiction over these claims under 15 U.S.C. § 1121, 17 U.S.C. § 501, and 28 U.S.C. §§ 1331, 1338(a) and 1367(a).

2. Venue is proper in this court pursuant to 28 U.S.C. §§ 1391(b) and 1400(a).

3. Tacori is a California corporation with its principal place of business at 1736 Gardena Avenue, Glendale, California.

4. Classique Creations, LLC ("Classique") has its principal place of business at 48 W. 48th St., Suite 402, New York, NY  10036-1703.

5. Mordecai Gurary, Leah Gurary, and Chaim Gurary are the owners, officers, directors, or managing agents of Classique.

6. At all relevant times, Tacori complied in all respects with the Copyright Act, 17 U.S.C. § 101, *et seq.*, and secured the exclusive rights and privileges in and to the copyrights of ring styles HT 2229, HT 2229A, HT 2326, HT 2510 and 2620 (collectively the "Five Tacori Copyrights"). The Five Tacori Copyrights and other copyrights for jewelry owned by Tacori shall be referred to in this Consent Judgment collectively as the Tacori Copyrights. Copies of the Certificates of Registration for the Tacori Copyrights are attached to this Consent Judgment as Exhibit A.

7. The Tacori Copyrights are strong, valid, and enforceable.

8.     Tacori owns a United States trademark registration for the Tacori Crescent Trade Dress, Registration No. 3,728,425.  The Tacori Crescent Trade Dress, as it applies to rings and some pieces of jewelry, is defined as ". . . the appearance of portions of two essentially concentric rings, with one of the rings having a larger diameter than the other.  Embedded between the rings are repeating semi-circles or arcs which appear contiguous to each other.  A space is created between the contiguous semi-circles or arcs."  A copy of the Registration Certificate for this registration is attached to this Consent Judgment as Exhibit B.

9.     The Tacori Crescent Trade Dress is valid and enforceable.

10.     Tacori owns a United States trademark registration for the Tacori Reverse Crescent Trade Dress, Registration No. 4,024,320.  The Tacori Reverse Crescent Trade Dress, as it applies to rings and some pieces of jewelry, is defined as ". . . the appearance of two generally concentric ring portions, with one ring portion having a larger diameter than the other ring portion.  Located between the two generally concentric ring portions are two semicircular arches forming crescent-shaped openings that appear to be adjacent to each other and are oriented with their apexes closer to the larger diameter ring portion.  Located between each crescent-shaped opening is a stone."  A copy of the Registration Certificate for this registration is attached to this Consent Judgment as Exhibit C.

11.     The Tacori Reverse Crescent Trade Dress is valid and enforceable.

12.     Judgment shall be entered in favor of Tacori and against Defendants Mordecai Gurary and Chaim Gurary on the Complaint in the amount of $1,100,000, which reflects a reimbursement of Tacori's attorney's fees, Tacori's lost profits and statutory damages for Defendants selling rings which infringe the Five Tacori Copyrights, the Tacori Crescent Trade Dress, and the Tacori Reverse Crescent Trade Dress.

13. Defendants and Defendants' shareholders, officers, directors, employees, representatives, agents, successors-in-interest, parent corporations, subsidiary corporations, affiliated companies, and all other persons, firms or entities acting in concert or participating with them, are permanently enjoined, directly or indirectly, from:

(a) imitating, copying or making unauthorized use of, or engaging in any unauthorized distribution of products protected by the Tacori Copyrights, the Tacori Crescent Trade Dress, and the Tacori Reverse Crescent Trade Dress;

(b) selling, distributing, advertising, manufacturing, or purchasing Classique Ring Style Nos. R-4238, R-6805, R-9579, R-A026.  Pictures of these Classique ring styles are attached to this Consent Judgment as Exhibit D;

(c) selling, distributing, advertising, manufacturing, or purchasing any piece of jewelry substantially similar to the Tacori Copyrights;

(d) selling, distributing, advertising, manufacturing, or purchasing any piece of jewelry confusingly similar to the Tacori Crescent Trade Dress or the Tacori Reverse Crescent Trade Dress;

(e) engaging in any other activity constituting an infringement of the Tacori Copyrights, the Tacori Crescent Trade Dress, or the Tacori Reverse Crescent Trade Dress; and

(f) knowingly assisting, aiding or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs 13(a) through 13(e) above.

14. The parties waive notice of entry of this Consent Judgment and Permanent Injunction and the right to appeal therefrom or to test its validity and consent to its immediate entry in accordance with its terms.  This Court expressly

1    retains jurisdiction over this matter to enforce, implement or construe this

2    Consent Judgment and Permanent Injunction.

3

4        **SO ORDERED.**

5

6

7    Dated:  12/29/14

8                                                        Hon. Dale S. Fischer
                                                         United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   The individuals executing this Consent Judgment and Permanent Injunction
2   represent or confirm that they are duly authorized to do so, and are similarly
3   authorized to bind each of the signatories to this Consent Judgment and
4   Permanent Injunction.

5   CONSENTED TO:

6

7   Respectfully submitted,

8

9   DATED:  December ___, 2014     TACORI ENTERPRISES

10

11   By _____
12   Haig Tacorian

13   DATED:  December ___, 2014     CLASSIQUE CREATIONS, LLC

14

15

16   By _____
17   Leah Gurary

18   DATED:  December ___, 2014

19

20   _____
     Mordecai Gurary

21   DATED:  December ___, 2014

22

23   _____
     Leah Gurary

24   DATED:  December ___, 2014

25

26   _____
     Chaim Gurary

27   SCL PAS1329773.3-*-12/23/14 11:10 AM

28

-6-

# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-813-795

**Effective date of registration:**

March 22, 2012

---

## Title

**Title of Work:** 37-2 RD 6.5

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** October 1, 2011     **Nation of 1st Publication:** United States

## Author

■     **Author:** Tacori Enterprises

**Author Created:** jewelry design

**Work made for hire:** Yes

**Citizen of:** United States     **Domiciled in:** United States

■     **Author:** Anais Designs, Inc.

**Author Created:** jewelry design

**Work made for hire:** Yes

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Tacori Enterprises

1736 Gardena Ave., Glendale, CA, 91204, United States

**Transfer Statement:** By written agreement

## Certification

**Name:** Armand Andonian

**Date:** March 22, 2012

---





Exhibit A
Page 9



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-889-074

**Effective date of registration:**

November 6, 2013

## Title
**Title of Work:** 300-2 1/2

## Completion/Publication
**Year of Completion:** 2013

**Date of 1st Publication:** October 7, 2013   **Nation of 1st Publication:** United States

## Author

■  **Author:** Tacori Enterprises

**Author Created:** jewelry design

**Work made for hire:** Yes

**Citizen of:** United States   **Domiciled in:** United States

■  **Author:** Anais Designs, INC.

**Author Created:** jewelry design

**Work made for hire:** Yes

**Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Tacori Enterprises

1736 Gardena Avenue, Glendale, CA, 91204, United States

**Transfer Statement:** By written agreement

## Certification
**Name:** Armand Andonian

**Date:** November 6, 2013



Exhibit A
Page 14



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VA 1-667-591

**Effective date of registration:**

April 24, 2009

## Title

**Title of Work:** 656 R 2S Tacori Men's "Crescent Silhouette" Ring Design

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** February 6, 2009     **Nation of 1st Publication:** United States

## Author

■    **Author:** Anais Design, Inc.

**Author Created:** jewelry design

**Work made for hire:** Yes

**Citizen of:** United States     **Domiciled in:** United States

■    **Author:** Tacori Enterprises

**Author Created:** jewelry design

**Work made for hire:** Yes

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Tacori Enterprises

1736 Gardena Ave., Glendale, CA, 91204, United States

**Transfer Statement:** By written agreement

## Certification

**Name:** Armand Andonian

**Date:** April 24, 2009





# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VA 1-429-106**

EFFECTIVE DATE OF REGISTRATION

**SEP 2 2 2006**

Month         Day         Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

Title of This Work ▼               NATURE OF THIS WORK ▼ See instructions

2565 RD 9   *& 2565 B              Jewelry Design

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

## 2

### a
NAME OF AUTHOR ▼               DATES OF BIRTH AND DEATH
Tacori Enterprises               Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

Nature of Authorship Check appropriate box(es) **See instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☒ Jewelry design   ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions) For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank

### b
Name of Author ▼               Dates of Birth and Death
Anais Designs, Inc.               Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

Nature of Authorship Check appropriate box(es) **See instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☒ Jewelry design   ☐ Architectural work

## 3

### a
Year In Which Creation Of This Work Was Completed   2005
This information must be given Year in all cases

### b
Date and Nation of First Publication of This Particular Work
Month   05   Day   31   Year   2005
USA   Nation
Complete this information ONLY if this work has been published

## 4

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Tacori Enterprises
1736 Gardena Ave. Glendale, CA 91204

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
By Assignment

See instructions before completing this space

APPLICATION RECEIVED
**JUN 3 0 2006**
ONE DEPOSIT RECEIVED
**JUN 3 0 2006**
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions   • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

\* Added by C.O. on authority of Armand Andonian.

| EXAMINED BY | VKB | FORM VA |
| --- | --- | --- |
| CHECKED BY | | |
| ☑ CORRESPONDENCE | Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant

c. ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**6**

a

b

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name ▼                                    Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Tacori Enterprises
1736 Gardena Ave. Glendale, CA 91204

b

Area code and daytime telephone number  ( 818 ) 863-1536          Fax number  ( 818 ) 863-1520

Email  armand@tacori.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Tacori Enterprises
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

Armand Andonian                                    Date  June 20, 2008

Handwritten signature (X) ▼

X _____

**Certificate will be mailed in window envelope to this address:**

Name ▼
Armand Andonian

Number/Street/Apt ▼
1736 Gardena Ave

City/State/ZIP ▼
Glendale, CA 91204

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**9**

17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA   Rev. 07/2008   Print: 07/2008—30,000   Printed on recycled paper          U.S. Government Printing Office: 2004-330-933/60,129

**2565RD9**



**2565B**



**2565RD9**



**2565B**



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-429-107**

EFFECTIVE DATE OF REGISTRATION

**SEP 22 2006**

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**
Title of This Work ▼
2569 PR 6* &2569 B

NATURE OF THIS WORK ▼ See instructions
Jewelry Design

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared Title of Collective Work ▼

If published in a periodical or serial give    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**
NAME OF AUTHOR ▼
a   Tacori Enterprises

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank

Nature of Authorship Check appropriate box(es) See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☒ Jewelry design    ☐ Architectural work

Name of Author ▼
b   Anais Designs, Inc

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

Nature of Authorship Check appropriate box(es) See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☒ Jewelry design    ☐ Architectural work

**3**
a   Year in Which Creation of This Work Was Completed
2005
This information must be given Year in all cases.

b   Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month 05    Day 31    Year 2005
USA    Nation

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Tacori Enterprises
1736 Gardena Ave. Glendale, CA 91204

APPLICATION RECEIVED
**JUN 30 2008**
ONE DEPOSIT RECEIVED
**JUN 30 2008**
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

See instructions before completing this space

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
By Assignment

---

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions    • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | *ulb* | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☑ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

\* Added by C.O. on authority of Armand Andonian.

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form
b. ☐ This is the first application submitted by this author as copyright claimant
c. ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**6** DERIVATIVE WORK OR COMPILATION Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

See instructions before completing this space

**7** DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                    Account Number ▼

CORRESPONDENCE Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/Zip ▼

Tacori Enterprises
1736 Gardena Ave. Glendale, CA 91204

Area code and daytime telephone number  ( 818 ) 863-1536          Fax number  ( 818 ) 863-1520
Email  armand@tacori.com

**8** CERTIFICATION* I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Tacori Enterprises
          Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Armand Andonian                              Date  June 20, 2008

Handwritten signature (X) ▼
X *[signature]*

**9**
| Certificate will be mailed in window envelope to this address: | Name ▼ Armand Andonian |
| | Number/Street/Apt ▼ 1736 Gardena Ave. |
| | City/State/ZIP ▼ Glendale, CA 91204 |

• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA  Rev 07/2006  Print 07/2006—30,000  Printed on recycled paper

**Exhibit A**
**Page 26**

U.S. Government Printing Office 2004-330-959/80,185

**2569PR6**



**2569PR6**





**HT 2569 B**



**HT 2569 B**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VA 1-429-109**

**EFFECTIVE DATE OF REGISTRATION**

**SEP 2 2 2006**

Month     Day     Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**Title of This Work ▼**
2571 RD 7 *&2571 B

**NATURE OF THIS WORK ▼** See instructions
Jewelry Design

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give   **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

## 2

**a**

**NAME OF AUTHOR ▼**
Tacori Enterprises

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions) For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank

**Nature of Authorship** Check appropriate box(es) **See Instructions**
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☒ Jewelry design ☐ Architectural work

**b**

**Name of Author ▼**
Anais Designs, Inc.

**Dates of Birth and Death**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**Nature of Authorship** Check appropriate box(es) **See Instructions**
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☒ Jewelry design ☐ Architectural work

## 3

**a** Year in Which Creation of This Work Was Completed   2005   This information must be given Year in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month 05   Day 31   Year 2005
USA   Nation

## 4

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Tacori Enterprises
1736 Gardena Ave. Glendale, CA 91204

**APPLICATION RECEIVED**
**JUL 3 0 2006**
**ONE DEPOSIT RECEIVED**
**JUN 3 0 2006**
**TWO DEPOSITS RECEIVED**
**FUNDS RECEIVED**

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
By Assignment

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY | *udb* | FORM VA |
|---|---|---|
| CHECKED BY | | |
| CORRESPONDENCE ☑ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

\* Added by C.O. on authority of Armand Andonian.

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant

c. ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

**a**

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼     Account Number ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Tacori Enterprises
1736 Gardena Ave. Glendale, CA 91204

**b**

Area code and daytime telephone number ( 818 ) 863-1536     Fax number ( 818 ) 863-1520

Email armand@tacori.com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Tacori Enterprises
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Armand Andonian     Date June 20, 2008

Handwritten signature (X) ▼

x _____

**9**

| Certificate will be mailed in window envelope to this address: | Name ▼ Armand Andonian | • Complete all necessary spaces • Sign your application in space 8 |
|---|---|---|
| | Number/Street/Apt ▼ 1736 Gardena Ave. | 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights 3. Deposit material |
| | City/State/ZIP ▼ Glendale, CA 91204 | MAIL TO Library of Congress Copyright Office 101 Independence Avenue SE Washington, DC 20559-6000 |

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA   Rev 07/2006 Print 07/2006—30,000 Printed on recycled paper

U.S. Government Printing Office 2004-330-959/60,128

**2571RD7**



**2571RD7**





**HT 2571 B**



**HT 2571 B**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**

VA 1-429-108

| VA | VAU |

**EFFECTIVE DATE OF REGISTRATION**

**SEP 2 2 2006**

Month     Day     Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**Title of This Work ▼**

2573 PR 7   *&2573 B

**NATURE OF THIS WORK ▼** See instructions

Jewelry Design

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give   **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

## 2

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a**

**NAME OF AUTHOR ▼**

Tacori Enterprises

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☑ Jewelry design   ☐ Architectural work

**b**

**Name of Author ▼**

Anais Designs, Inc.

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☑ Jewelry design   ☐ Architectural work

## 3

**a** **Year in Which Creation of This Work Was Completed**   2005   This information must be given Year in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information Month 05 Day 31 Year 2005
ONLY if this work has been published. USA    Nation

## 4

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Tacori Enterprises
1736 Gardena Ave. Glendale, CA 91204

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

By Assignment

**APPLICATION RECEIVED**
**JUN 3 0 2006**
**ONE DEPOSIT RECEIVED**
**JUN 3 0 2006**
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __2__ pages

**Exhibit A**
**Page 37**

| EXAMINED BY | WRB | FORM VA |
| CHECKED BY | | |
| ☑ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

\* Added by C.O. on authority of Armand Andonian.

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant

c. ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation

a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**6**

a

b

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name ▼          Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/Zip ▼

Tacori Enterprises
1736 Gardena Ave  Glendale, CA 91204

b

Area code and daytime telephone number  ( 818 ) 863-1536          Fax number  ( 818 ) 863-1520

Email  armand@tacori.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Tacori Enterprises
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

Armand Andonian          Date  June 20, 2008

Handwritten signature (X) ▼

X

**9**

Certificate will be mailed in window envelope to this address:

Name ▼
Armand Andonian

Number/Street/Apt ▼
1736 Gardena Ave.

City/State/Zip ▼
Glendale, CA 91204

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

\*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA   Rev 07/2006   Print 07/2006—30,000   Printed on recycled paper          U.S. Government Printing Office: 2004-000-000/00,123

**2573PR7**



2573PR7





**HT 2573 B**

Exhibit A
Page 41



**HT 2573 B**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VA 1–429–105**

**EFFECTIVE DATE OF REGISTRATION**

**SEP 2 2 2006**

Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**Title of This Work ▼**
2575 RD 9    *& 2575 B

**NATURE OF THIS WORK ▼ See instructions**
Jewelry Design

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

## 2

**a**

**NAME OF AUTHOR ▼**
Tacori Enterprises

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

**Nature of Authorship** Check appropriate box(es) **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☑ Jewelry design    ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**Name of Author ▼**
Anais Designs, Inc.

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**Nature of Authorship** Check appropriate box(es) **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☑ Jewelry design    ☐ Architectural work

## 3

**a** **Year in Which Creation of This Work Was Completed** 2005
This information must be given in all cases. Year in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month 05    Day 31    Year 2005    USA    Nation

## 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Tacori Enterprises
1736 Gardena Ave. Glendale, CA 91204

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
By Assignment

**APPLICATION RECEIVED**
JUN 3 0 2006
**ONE DEPOSIT RECEIVED**
JUN 3 0 2006
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions    • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

**Exhibit A**
**Page 43**

EXAMINED BY _WB_  FORM VA

CHECKED BY

☑ CORRESPONDENCE
  Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

* Added by C.O. on authority of Armand Andonian.

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box ) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant

c. ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give Previous Registration Number ▼         Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

**6**

a

See instructions
before completing
this space

b. Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼                                          Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/Zip ▼

Tacori Enterprises
1736 Gardena Ave  Glendale, CA 91204

b

Area code and daytime telephone number   ( 818 ) 863-1536              Fax number   ( 818 ) 863-1520

Email   armand@tacori.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Tacori Enterprises
      Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

Armand Andonian                                          Date  June 20, 2008

Handwritten signature (X) ▼

X _____

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Armand Andonian

Number/Street/Apt ▼
1736 Gardena Ave.

City/State/ZIP ▼
Glendale, CA 91204

**9**

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application shall be fined not more than $2,500

Form VA  Rev 07/2006  Print 07/2006—30,000  Printed on recycled paper                                          U.S. Government Printing Office  2004-500-559/60,189

**2575RD9**



**2575RD9**







# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**

VA 1-429-103

VA | VAU

EFFECTIVE DATE OF REGISTRATION

SEP 22 2006

Month | Day | Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**Title of This Work ▼**

2576 PR 6.5 *& 2576 B

**NATURE OF THIS WORK ▼** See instructions

Jewelry Design

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give Volume ▼ | Number ▼ | Issue Date ▼ | On Pages ▼

---

**NAME OF AUTHOR ▼**

Tacori Enterprises

**DATES OF BIRTH AND DEATH**
Year Born ▼ | Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Nature of Authorship** Check appropriate box(es) **See Instructions**
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☑ Jewelry design ☐ Architectural work

**Name of Author ▼**

Anais Designs, Inc.

**Dates of Birth and Death**
Year Born ▼ | Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

**Nature of Authorship** Check appropriate box(es) **See Instructions**
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☑ Jewelry design ☐ Architectural work

---

**Year in Which Creation of This Work Was Completed** 2005
This information must be given in all cases.

**b Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month 05 Day 31 Year 2005
Nation USA

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Tacori Enterprises
1736 Gardena Ave. Glendale, CA 91204

See instructions before completing this space

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

By Assignment

APPLICATION RECEIVED
JUN 30 2006
ONE DEPOSIT RECEIVED
JUN 30 2006
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions
• Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY ✓ *(handwritten)*    FORM VA

CHECKED BY

* Amended by C.O. on authority of Armand Andonian

CORRESPONDENCE
☑ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant

c. ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

**a**

b. Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

See instructions
before completing
this space

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name ▼     Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Tacori Enterprises
1736 Gardena Ave Glendale, CA 91204

**b**

Area code and daytime telephone number ( 818 ) 863-1536     Fax number ( 818 ) 863-1520

Email armand@tacori.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶ {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **Tacori Enterprises**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
}

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

Armand Andonian     Date June 20, 2008

Handwritten signature (X) ▼

X _____

| | | |
|---|---|---|
| **Certificate will be mailed in window envelope to this address:** | Name ▼ Armand Andonian | • Complete all necessary spaces • Sign your application in space 8 |
| | Number/Street/Apt ▼ 1736 Gardena Ave. | 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights 3. Deposit material |
| | City/State/ZIP ▼ Glendale, CA 91204 | Library of Congress Copyright Office 101 Independence Avenue SE Washington, DC 20559-6000 |

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.*

Form VA Rev 07/2006 Print 07/2006—30,000 Printed on recycled paper     U.S. Government Printing Office 2004-330-959/60,128

**2576PR65**



**2576PR65**

